THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE WORD, Appellant.

Submitted August 3, 2009; decided September 22, 2009

Reported below, 43 AD3d 773.

Motion to vacate this Court's July 13, 2009 dismissal order denied [*see* 12 NY3d 922 (2009)].